Commonwealth *v.* Banks, Appellant.

704

Submitted March 12, 1973. *Richard D. Walker,* Public Defender, for appellant; *Richard L. Guida,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.